UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIGUEL A. COTRICH,

    Plaintiff,

-vs-                                               Case No. 6:05-cv-294-Orl-28KRS

B.C. GIBBART,

    Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's "Motion to Reopen this Case from Back 1994 Expidite (sic) Exhausted My Remadies (sic) and Suing for Damages" (Doc. No. 18), Motion to Proceed *In Forma Pauperis* (Doc. No. 20), and "Motion this Case is for Persona Injury and Damages" (Doc. No. 21), all filed on March 11, 2013. The United States Magistrate Judge has submitted a report recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections to the Report and Recommendation (Doc. No. 24), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 18, 2013 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's "Motion to Reopen this Case from Back 1994 Expidite (sic) Exhausted My Remadies (sic) and Suing for Damages" (Doc. No. 18) is **DENIED**.

    3.    Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 20) is **DENIED**.

4. Plaintiff's "Motion this Case is for Persona Injury and Damages" (Doc. No. 21), is **DENIED**.

5. With his objection to the Report and Recommendation, Plaintiff has attached a 47 page exhibit which includes personal information such as his social security number and medical records. This exhibit is hereby **STRICKEN** and the Clerk of the Court is directed to remove Doc. 24-1 in its entirety from the docket.

6. Plaintiff's claims are **DISMISSED** without leave to amend.

7. All other pending motions in this case are **TERMINATED.**

8. The Clerk of the Court is directed that this case is to remain closed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of May, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party